4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

BENJAMIN RICHARD GREENE,

Defendant.
_______________________________/

Case: 4:26−cr−20572
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 9/2/2026
Description: INDI USA V. GREENE (TT)

Violations: 18 U.S.C. § 922(g)(1)

FILED
SEP 02 2026
U.S. DISTRICT COURT
FLINT, MICHIGAN

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm and Ammunition*

On or about August 20, 2026, in the Eastern District of Michigan, Benjamin Richard Greene, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, specifically a Smith & Wesson, model M&P Shield, .45 caliber semi-automatic pistol and eight rounds of Armscor brand 9mm caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about August 20, 2026, in the Eastern District of Michigan, Benjamin Richard Greene, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, specifically 42 rounds of Armscor brand .45 caliber ammunition and 20 rounds of Hornady brand .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION**
**(18 U.S.C. § 924(d)(1))**

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Counts One or Two, Benjamin Richard Greene shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/CHRISTOPHER RAWSTHORNE
CHRISTOPHER RAWSTHORNE
Assistant United States Attorney
Deputy Chief, Branch Offices

s/JULES DEPORRE
JULES DEPORRE
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Jules.DePorre@usdoj.gov
P73999

Dated: September 2, 2026

**Companion Case information MUST be completed by AUSA and initialed.**

| | |
|---|---|
| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Cov**[er Sheet] |

Case: 4:26-cr-20572
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 9/2/2026
Description: INDI USA V. GREENE (TT)

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☑ **No** | **AUSA's Initials:** JD |

**Case Title:** USA v. U.S. v BENJAMIN RICHARD GREENE

**County where offense occurred :** Genesee

**Check One:** ☑ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
_X_Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30509 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ________________ **Judge:** ________________

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 2, 2026
Date

s/Jules M. DePorre

Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: jules.deporre@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.